IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES ALLEN MARSTON, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> SHERIFF WATSON, DEPUTY HART, ) </br> SGT. BOOTS, SGT. FORSYTH, ) </br> DEPUTY MEHAM, DEPUTY ) </br> MALDUEZ, and DR. KENNEDY, ) </br> ) </br> Defendants. ) </br>_____) | Case No. CV06-180-S-MHW </br></br> **ORDER** |

In the Court's previous Order, it requested that Counsel for Kootenai County notify the Court as to whether the waiver of service of summons form would be returned on behalf of some or all of the Defendants. The Court was notified that the Kootenai County Attorney's office will execute a waiver of service of summons form on behalf of Defendant Kennedy, but their office will not be representing Defendants Watson, Hart, Boots, Forsyth, Meham, and Malduez. Accordingly, the Court will direct the Clerk of Court to serve the following waiver of service of summons forms in this lawsuit.

IT IS HEREBY ORDERED that Counsel for Defendant Kennedy shall return the waiver of service of summons form within the next ten (10) days. An additional waiver of service of summons form shall be forwarded to the claims adjustor for Kootenai

**ORDER  1**

County's insurance carrier on behalf of Defendants Watson, Hart, Boots, Forsyth, Meham, and Malduez.  In the event the attorneys appointed to represent these Defendants do not intend to waive service of the summons, they shall contact the Pro Se Unit (208-334-9067) and request that the U.S. Marshal effect personal service on those Defendants.

    IT IS FURTHER HEREBY ORDERED that the Clerk of Court shall serve a copy of this Order and the waiver of service of summons forms on Darrin Murphey, Kootenai County Attorney, 451 Government Way, 3rd Floor, P.O. Box 9000, Coeur d' Alene, ID 83815.  Mr. Murphey shall send the waiver forms for Defendants Watson, Hart, Boots, Forsyth, Meham, and Malduez to the claims adjustor.

DATED: **February 26, 2007**

Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER  2**