IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHARLES ALLEN MARSTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV06-180-S-MHW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SHERIFF WATSON, DEPUTY HART, | ) | |
| SGT. BOOTS, SGT. FORSYTH, | ) | |
| DEPUTY MEHAM, DEPUTY | ) | |
| MALDUEZ, and DR. KENNEDY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In the Court's previous Order, it requested that the Clerk of Court send a copy of the

waiver of service of summons on behalf of Defendants Watson, Hart, Boots, Forsyth,

Meham, and Malduez to the insurance carrier for Kootenai County.  The insurance carrier

informed the Court that it would not forward the waiver of service of summons to the law

firm assigned to represent these Defendants.  The insurance carrier also informed the

Court that it would not return the waiver of service of summons and that the Defendants

should be personally served by the U.S. Marshal Service.  Based on the foregoing, the

Court will direct the U.S. Marshal Service to serve these Defendants on Plaintiff's behalf.

THEREFORE IT IS HEREBY ORDERED that the U.S. Marshal Service shall

serve the following Defendants at the Kootenai County Sheriff's Department, 5500 N.

**ORDER  1**

Government Way, Coeur d'Alene, ID, telephone number (208) 446-1300:  Defendants

Watson, Hart, Boots, Forsyth, Meham, and Malduez.  The Court previously granted

Plaintiff's request for indigent filing status (Docket No. 10), and therefore, he is entitled to

have the U.S. Marshal Service effect service on Defendants.  In the event these

Defendants no longer work for Kootenai County, then Plaintiff will be required to provide

the service addresses for the individual Defendants.

IT IS FURTHER ORDERED that the Clerk of Court shall provide a copy of this

Order to the U.S. Marshal Service.

DATED:  **March 9, 2007**

Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER  2**