IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHARLES ALLEN MARSTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV06-180-S-MHW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SHERIFF WATSON, DEPUTY HART, SGT. BOOTS, SGT. FORSYTH, DEPUTY MEHAM, DEPUTY MALDUEZ, and DR. KENNEDY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

All parties have appeared in this action, and therefore, it is appropriate to issue a scheduling order for the pre-trial deadlines in this action.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that the following pre-trial schedule shall govern this case:

1. **Disclosure of Relevant Documents:** On or before **July 6, 2007**, the parties shall provide each other with a copy of relevant documents in their possession, in a redacted form if necessary for security or privilege purposes; and, if necessary, they shall provide a security/privilege log sufficiently describing any undisclosed relevant documents which are alleged to be subject to non-disclosure. Any party may request that the Court conduct an in camera review of withheld documents or information.

2. **Completion of Discovery and Requests for Subpoenas:** All discovery shall be completed on or before **November 30, 2007.** Discovery requests

**ORDER  1**

must be made far enough in advance to allow *completion* of the discovery in accordance with the applicable federal rules *prior* to this discovery cut-off date.  The Court is not involved in discovery unless the parties are unable to work out their differences as to the discovery themselves.  In addition, all requests for subpoenas duces tecum (production of documents by nonparties) must be made by **October 26, 2007.**  No requests for subpoenas duces tecum will be entertained after that date.

3. **Depositions**:  Depositions, if any, shall be completed on or before **November 30, 2007.**  If Defendants wish to take the deposition of Plaintiff or other witnesses who are incarcerated, leave to do so is hereby granted.  Any such depositions shall be preceded by ten (10) days' written notice to all parties and deponents.  The parties and counsel shall be professional and courteous to one another during the depositions. The court reporter, who is not a representative of Defendants, will be present to record all of the words spoken by Plaintiff (or other deponent), counsel, and any other persons at the deposition.  If Plaintiff (or another deponent) wishes to ensure that the court reporter did not make mistakes in transcribing the deposition into a written form, then he can request the opportunity to read and sign the deposition, noting any discrepancies between what is transcribed and what he believes he said.  If Plaintiff wishes to take depositions, he must file a motion requesting permission to do so, specifically showing his ability to comply with the applicable Federal Rules of Civil Procedure by providing the names of the proposed persons to be deposed, the name and address of the court reporter who will take the deposition, the estimated cost for the court reporter's time and the recording, and the source of funds for payment of the cost.

4. **Dispositive Motions:**  All motions for summary judgment and other potentially dispositive motions shall be filed with accompanying briefs on or before **January 25, 2007.**  Responsive briefs to such motions shall be filed within thirty (30) days after service of motions.  Reply briefs, if any, shall be filed within fourteen (14) days after service of responses.  All motions, responses, and replies shall conform to Rule 7.1 of the Local Rules for the District of Idaho.  **Neither party shall file supplemental responses, replies, affidavits, or other filings not authorized by the Local Rules without prior leave of Court.  No motion or memorandum, typed or handwritten, shall exceed 20 pages in length.**

5. **Alternative Dispute Resolution:**  The Court may refer this action to either a private mediation or a judicially supervised settlement conference at some

**ORDER  2**

future date.  In the event the parties decide to pursue alternative dispute resolution, they may contact the Court's ADR Program Director at (208) 334-9067 for assistance.



DATED:  **May 29, 2007**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER  3**